BEFORE THE SECOND DIVISION, JANUARY 30, 1962

No. 66427.—Gloria Gloves, Inc. *v.* United States, protests 60/2464 and 60/29071 (New York).

Opinion by Ford, J. In accordance with stipulation of counsel that the merchandise consists of nylon knit fabrics in the piece similar in use to cotton knit fabrics in the piece and following the principles set forth in *United States* v. *Steinberg Bros.* (47 C.C.P.A. 47, C.A.D. 727), the claim of the plaintiff was sustained.